FILED: December 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2335
(3:15-cv-00035-MHL)
(12-30347-BFK)
(13-03073-BFK)

_____

In re: POTOMAC SUPPLY CORPORATION

      Debtor

------------------------------

CHESAPEAKE BAY ENTERPRISE, INC.

      Plaintiff - Appellee

v.

CHESAPEAKE TRUST

      Defendant - Appellant

and

REGIONS BANK

      Defendant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 12/23/2015

Opening brief due: 12/23/2015

Response brief due: 01/25/2016

Any reply brief: 14 days from service of response brief.

                                                    For the Court--By Direction

                                                    <u>/s/ Patricia S. Connor, Clerk</u>