## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 4, 2016

_____

RESPONSE REQUESTED

_____

No.   15-2335,        Chesapeake Bay Enterprises v. Chesapeake Trust
                     3:15-cv-00035-MHL,12-30347-BFK, 13-03073-BFK

TO:   Patrick John Potter
      Jack McKay

RESPONSE DUE: 04/14/2016

Response is required to the motion to dismiss appeal on or before 04/14/2016.

T. Fischer, Deputy Clerk
804-916-2704